B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14−42240**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cesar Octavio Pena | Courtney Louise Pena |
| 0N061 Preserve Court | fka Courtney Louise Wilson, fka |
| Winfield, IL 60190 | Courtney L. Wilson |
| | 0N061 Preserve Court |
| | Winfield, IL 60190 |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3017                                                     xxx−xx−4647

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 11, 2015                        Jeffrey P. Allsteadt, Clerk
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                  Case No. 14-42240-DRC
Cesar Octavio Pena
Courtney Louise Pena                                                    Chapter 7
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                 Page 1 of 2               Date Rcvd: Feb 11, 2015
                              Form ID: b18                Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2015.
db/jdb        +Cesar Octavio Pena,    Courtney Louise Pena,    0N061 Preserve Court,    Winfield, IL 60190-1730
22661993      +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22661996      +David T. Cohen & Associates, Ltd,    10729 W. 159th Street,    Orland Park, IL 60467-4531
22662002      +DuPage Medical Group,    1100 West 31st Street,    Downers Grove, IL 60515-5509
22661998      +Dupage County Clerk,    421 N. County Farm Road,    Wheaton, IL 60187-3992
22662001      +Dupage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
22662003      +Eagle Eye Brand,    38120 Michigan Avenue,    Wayne, MI 48184-2808
22662007       Equifax Information Services, LLC,     1550 Peachtree Street NW,    Atlanta, GA 30309
22662008      +Experian Information Solutions, Inc.,     475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22662009      +G & D Property Management,    412 Eisenhower Lane N,    Lombard, IL 60148-5404
22662012      +Glen Oaks Condominium Association,     1250 E. Diehl, #405,    Naperville, IL 60563-9389
22662014      +Harley-Davison Motor Company,    3700 W. Juneau Avenue,    Milwaukee, WI 53208-2865
22662015       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
22662020      +Keough & Moody, P.C.,    1250 East Diehl Road, Suite 405,    Naperville, IL 60563-9389
22662021      +Lagniappe Beverages,    728 W. Jackson,    Chicago, IL 60661-5490
22662026      +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
22662027      +Midwest Ear Nose & Throat Consultant,     1247 Rickert Drive #200,    Naperville, IL 60540-1014
22662029      +Ocwen Loan Servicing,    P.O. Box 6440,    Carol Stream, IL 60197-6440
22662030      +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
22662031      +Preferred Customer Jewelry,    PO Box 94498,    Las Vegas, NV 89193-4498
22662032      +Property Specialists, Inc.,    5999 S. New Wilke Road, #108,    Rolling Meadows, IL 60008-4501
22662033       TCF Bank,    7801 Marquette Avenue,    Minneapolis, MN 55402
22662034      +TCF Banking & Savings,    801 Marquette Avenue,    Minneapolis, MN 55402-3475
22662035     ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,
                MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
               (address filed with court: Tcf Mortgage Corporation,      Attn: Legal Dept,    801 Marquette Avenue,
                Minneapolis, MN 55402)
22662036       Theresa Brzezinski,    Glen Ellyn, IL 60137
22662037      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22662043     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     6565 Brady,    Davenport, IA 52806)
22662045      +Worlds Foremost Bank NA,    4800 NW 1st Street,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QGBKROL.COM Feb 12 2015 01:33:00      Gina B Krol,    Cohen & Krol,
                105 West Madison St Ste 1100,    Chicago, IL 60602-4600
22661986      +EDI: AMEREXPR.COM Feb 12 2015 01:28:00      American Express,    Box 0001,
                Los Angeles, CA 90096-8000
22661987      +EDI: BECKLEE.COM Feb 12 2015 01:28:00      American Express *,    c/o Becket & Lee,
                P.O. Box 3001,    Malvern, PA 19355-0701
22661988      +EDI: BANKAMER2.COM Feb 12 2015 01:28:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                NC1-021-02-20,    Charlotte, NC 28255-0001
22661989      +EDI: HFC.COM Feb 12 2015 01:28:00      Best Buy Co., Inc,    Bureaus Investment Group,
                PO Box 17298,    Baltimore, MD 21297-1298
22661990      +EDI: AIS.COM Feb 12 2015 01:34:00      Capital One, N.A. *,    c/o American Infosource,
                P.O Box 54529,    Oklahoma City, OK 73154-1529
22661991      +EDI: CAPITALONE.COM Feb 12 2015 01:28:00      Capital One, N.A.*,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
22661992      +EDI: CHASE.COM Feb 12 2015 01:33:00      Chase *,    ATTN: Bankruptcy Department,
                P.O. Box 15298,    Wilmington, DE 19850-5298
22661994      +EDI: WFNNB.COM Feb 12 2015 01:28:00      Comenity Bank,    PO Box 182789,
                Columbus, OH 43218-2789
22661995      +EDI: WFNNB.COM Feb 12 2015 01:28:00      Comenity Bank,    220 W. Schrock Road,
                Westerville, OH 43081-2873
22661997      +EDI: TSYS2.COM Feb 12 2015 01:28:00      DSNB Macy's,    PO Box 8066,    Mason, OH 45040-8066
22661999      +E-mail/Text: collector@dupageco.org Feb 12 2015 01:56:10       Dupage County Collector,
                421 N. County Farm Road,    Wheaton, IL 60187-3992
22662000      +E-mail/Text: collector@dupageco.org Feb 12 2015 01:56:10       Dupage County Treasurer,
                421 N. County Farm Road,    Wheaton, IL 60187-3992
22662005      +EDI: USBANKARS.COM Feb 12 2015 01:34:00      Elan Financial Service,    777 E Wisconsin Avenue,
                Milwaukee, WI 53202-5399
22662011      +EDI: RMSC.COM Feb 12 2015 01:28:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                Fifth Floor,    Stamford, CT 06905-5125
22662010      +EDI: RMSC.COM Feb 12 2015 01:28:00      Gap,    Po Box 530942,    Atlanta, GA 30353-0942
22662013      +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 12 2015 01:58:03       Harley Davidson Financial,
                Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
22662018       EDI: IRS.COM Feb 12 2015 01:28:00      Internal Revenue Service,    Department of Treasury,
                Kansas City, MO 64999
22662025       EDI: DAIMLER.COM Feb 12 2015 01:34:00      Mercedes-Benz Financial Services,
                36455 Corporate Drive,    Farmington Hills, MI 48331
22662022      +EDI: TSYS2.COM Feb 12 2015 01:28:00      Macy's,    Po Box 183083,    Columbus, OH 43218-3083
22662023      +EDI: TSYS2.COM Feb 12 2015 01:28:00      Macy's Inc.,    9111 Duke Boulevard,
                Mason, OH 45040-8999
```

```
District/off: 0752-1           User: admin              Page 2 of 2            Date Rcvd: Feb 11, 2015
                               Form ID: b18             Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22662024      +EDI: DAIMLER.COM Feb 12 2015 01:34:00      Mercedes-Benz Financial,   PO Box 685,
               Roanoke, TX 76262-0685
22662028      +Fax: 407-737-5634 Feb 12 2015 03:09:57      Ocwen Loan Servicing,
               1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
22662004       EDI: USBANKARS.COM Feb 12 2015 01:34:00      Elan Financial,   U.S. Bancorp Center / Legal Dept,
               800 Nicollet Mall, 21st Floor,   Minneapolis, MN 55402
22662006       EDI: USBANKARS.COM Feb 12 2015 01:34:00      Elan Financial Services,   PO Box 108,
               Saint Louis, MO 63166
22662044      +E-mail/Text: vci.bkcy@vwcredit.com Feb 12 2015 01:56:50      VW Credit, Inc,
               3800 West Hamlin Road,   Auburn Hills, MI 48326-2829
22662038      +EDI: WFNNB.COM Feb 12 2015 01:28:00      Victoria's Secret,   Attention: Bankruptcy,
               Po Box 182125,   Columbus, OH 43218-2125
22662039      +EDI: WFNNB.COM Feb 12 2015 01:28:00      Victoria's Secret,   PO Box 16589,
               Columbus, OH 43216-6589
22662040      +E-mail/Text: vci.bkcy@vwcredit.com Feb 12 2015 01:56:50      Volkswagen Credit Inc,
               National Bankruptcy Services,   9441 Lbj Freeway, Suite 250,   Dallas, TX 75243-4640
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22662019*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   Federal Payment Levy Program,
                Stop 5050, Annex 5, PO Box 219236,   Kansas City, MO 64121)
22662017*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   P.O. Box 802503,   Cincinnati, OH 45280)
22662016*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
22662041*     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court:  Von Maur,   Attn: Credit Dept,   6565 Brady Street,
                Davenport, IA 52806)
22662042*     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court:  Von Maur,   PO Box 790298,   Saint Louis, MO 63179)
                                                                                  TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:
         Dawn L. Moody    on behalf of Creditor   Glen Oaks Condominium Association dlm@kmlegal.com,
          lsg@kmlegal.com
         Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
          m
         Matteo A. Crawford    on behalf of Creditor   TCF NATIONAL BANK mcrawford@davidtcohenlaw.com,
          cfallara@davidtcohenlaw.com;jvanheel@davidtcohenlaw.com;smakowka@davidtcohenlaw.com
         Nathan C Volheim    on behalf of Debtor Cesar Octavio Pena courtinfo@sulaimanlaw.com,
          nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Nathan C Volheim    on behalf of Joint Debtor Courtney Louise Pena courtinfo@sulaimanlaw.com,
          nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```